May 23, 2007

Dear Richard W. Wieking, (Clerk)

C-07-2699-SBA(PR)

How are you? I recieved your letter stating my Application (In Forma Pauperis) was insufficient because I did not attach a copy of my prisoner trust account statement showing transactions for the last six (6) months. I apologize. Commander Pascoe sent it to me and I thought I included it with the forms I sent to the court. Upon recieving your letter today, I looked through my cell and found it. Again, I apologize for my mistake.

With your letter you sent me another Application (In Forma Pauperis) and I am not sure if you want me to re-due the whole application or if you wanted me to send you my trust account transaction statement. So I am sending you the statement (Trust Account Transaction) and if you need me to fill out a new form sheet let me know, ok?

Thank you for your time and attention to this matter.

Sincerely,
Christopher L. Griffiths
Christopher L. Griffiths

FILED
MAY 31 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# MONTEREY COUNTY PRISON

**Individual Inmate Balance History Report - Detailed**

Print Date: 5/11/2007 10:36:19 am
User Name: YGONZALES

| Name | GRIFFITH, CHRISTOPHER LEE |
|---|---|
| Number | 0509408 |
| DOB | 9/11/1974 |
| LOC1 | DP |
| LOC2 | R2 |
| LOC3 | 12 |
| LOC4 | |
| LOC5 | |
| Available Balance | $0.00 |
| Pending | $0.00 |
| Frozen | $0.00 |
| Owed | $19.80 |

## TRANSACTIONS

| Date | Transaction (Available Date) | Amount | Pending | Money Added | Money Removed | Balance | Money Owed | Owed Credit | Owes | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/6/2006 | IMPORT CREDIT | $0.17 | $0.00 | $0.17 | $0.00 | $0.17 | $0.00 | $0.00 | $0.00 | |
| 5/27/2006 | VISIT CREDIT | $30.00 | $0.00 | $30.00 | $0.00 | $30.17 | $0.00 | $0.00 | $0.00 | |
| 5/31/2006 | ORDER DEBIT | $30.09 | $0.00 | $0.00 | $30.09 | $0.08 | $0.00 | $0.00 | $0.00 | |
| 6/2/2006 | VISIT CREDIT | $40.00 | $0.00 | $40.00 | $0.00 | $40.08 | $0.00 | $0.00 | $0.00 | FRIEND |
| 6/7/2006 | ORDER DEBIT | $30.72 | $0.00 | $0.00 | $30.72 | $9.36 | $0.00 | $0.00 | $0.00 | |
| 6/13/2006 | MAIL CREDIT | $20.00 | $0.00 | $20.00 | $0.00 | $29.36 | $0.00 | $0.00 | $0.00 | 8844352560 |
| 6/14/2006 | ORDER DEBIT | $9.31 | $0.00 | $0.00 | $9.31 | $20.05 | $0.00 | $0.00 | $0.00 | |
| 6/21/2006 | ORDER DEBIT | $19.08 | $0.00 | $0.00 | $19.08 | $0.97 | $0.00 | $0.00 | $0.00 | |
| 6/29/2006 | OFFICE FEE | $1.20 | $0.00 | $0.00 | $0.97 | $0.00 | $0.23 | $0.00 | $0.23 | COPIES |
| 9/5/2006 | VISIT CREDIT | $20.00 | $0.00 | $19.77 | $0.00 | $19.77 | $0.00 | $0.23 | $0.00 | FRIEND |
| 9/6/2006 | ORDER DEBIT | $19.75 | $0.00 | $0.00 | $19.75 | $0.02 | $0.00 | $0.00 | $0.00 | |
| 9/14/2006 | RETURN CREDIT | $2.80 | $0.00 | $2.80 | $0.00 | $2.82 | $0.00 | $0.00 | $0.00 | |
| 9/26/2006 | VISIT CREDIT | $35.00 | $0.00 | $35.00 | $0.00 | $37.82 | $0.00 | $0.00 | $0.00 | 958675 |
| 9/27/2006 | ORDER DEBIT | $37.64 | $0.00 | $0.00 | $37.64 | $0.18 | $0.00 | $0.00 | $0.00 | FRIEND |
| 11/9/2006 | MAIL CREDIT | $25.00 | $0.00 | $25.00 | $0.00 | $25.18 | $0.00 | $0.00 | $0.00 | MO# 10227114663 |
| 11/15/2006 | ORDER DEBIT | $23.16 | $0.00 | $0.00 | $23.16 | $2.02 | $0.00 | $0.00 | $0.00 | |
| 12/6/2006 | ORDER DEBIT | $1.88 | $0.00 | $0.00 | $1.88 | $0.14 | $0.00 | $0.00 | $0.00 | |
| 12/26/2006 | MAIL CREDIT | $25.00 | $0.00 | $25.00 | $0.00 | $25.14 | $0.00 | $0.00 | $0.00 | 10232771264 |
| 12/27/2006 | ORDER DEBIT | $25.12 | $0.00 | $0.00 | $25.12 | $0.02 | $0.00 | $0.00 | $0.00 | |
| 12/27/2006 | ORDER CREDIT | $6.21 | $0.00 | $6.21 | $0.00 | $6.23 | $0.00 | $0.00 | $0.00 | |

1

# MONTEREY COUNTY PRISON
## Individual Inmate Balance History Report - Detailed

Print Date: 5/11/2007 10:36:19 am
User Name: YGONZALES

| Date | Type | Debit | Credit | Balance | Note |
|---|---|---|---|---|---|
| 1/3/2007 | OFFICE FEE | $3.30 | $0.00 | $3.30 | $0.00 | $0.00 | For copies made |
| 1/14/2007 | MEDICAL COPAY | $2.93 | $0.00 | $2.93 | $0.00 | $0.00 | SICK CALL 11/14/06 |
| 1/24/2007 | OFFICE FEE | $3.50 | $0.00 | $0.00 | $3.50 | $0.00 | copies made |
| 2/26/2007 | MAIL CREDIT | $30.00 | $0.00 | $0.00 | $0.00 | $0.00 | MO# 11015675313 |
| 2/28/2007 | ORDER DEBIT | $26.25 | $26.50 | $26.50 | $0.00 | $0.00 | |
| 3/27/2007 | MEDICAL COPAY | $0.25 | $0.00 | $0.25 | $0.00 | $0.00 | |
| 4/13/2007 | OFFICE FEE | $10.20 | $0.00 | $0.00 | $10.20 | $0.00 | copy fees |
| 4/20/2007 | OFFICE FEE | $9.60 | $0.00 | $0.00 | $9.60 | $19.80 | Rudy's Copier Service |
| **Totals** | | $230.45 | $230.45 | | $23.53 | $3.73 | |

2

ORIGINAL
FILED

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

MAY 22 AM 11:10
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

Dear Sir or Madam:

Your complaint has been filed as civil case number C 07 2699 SBA

Your complaint is deficient because:

1. \_\_\_\_ You did not pay the appropriate filing fee of $350.00. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's <u>In Forma Pauperis</u> Application in its entirety. **(PR)**

2. ✓ The <u>In Forma Pauperis</u> Application you submitted is insufficient because:

   \_\_\_\_ You did not use the correct form. You must submit this court's current Prisoner's <u>In Forma Pauperis</u> Application.

   \_\_\_\_ Your <u>In Forma Pauperis</u> Application was not completed in its entirety.

   \_\_\_\_ You did not sign your <u>In Forma Pauperis</u> Application.

   \_\_\_\_ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   ✓ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   \_\_\_\_ Other _____

Enclosed you will find this court's current Prisoner's <u>In Forma Pauperis</u> Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning:** If you do not respond within **THIRTY DAYS** from the filing date stamped above, your action will be dismissed and the file closed. If you submit the application, you will automatically be liable for the full filing fee, regardless of your present ability to pay the full amount of the fee.

Sincerely,
RICHARD W. WIEKING, Clerk,

By _____
Deputy Clerk

rev. 4/9/06

GRIFFITH

Christopher L. Griffith #509408

SAN JOSE CA 951
24 MAY 2007 PM 6 T

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

RECEIVED
MAY 29 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA