RECEIVED
JUN 13 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED June 10, 2007
JUN 13 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Dear Clerk,

  My name is Christopher L. Griffith and I attempted to file a lawsuit against the Monterey County Sheriff's Dept and Louis Camacho. The case was given the case no. C 07 2699 SBA. I am now asking (requesting) that my claim (complaint) be stopped (withdrawn).

  I was provided with copies of my complaint (lawsuit) in Superior Court of California, County of Monterey (Case no. MS2290) which addresses the criminal charges against me filed in retaliation by Deputy Louis Camacho and the Monterey County Sheriff's Dept, so I don't think it needs to be addressed in your court. I also don't know if it can be addressed in both courts legally. That is the reason I am requesting that my complaint be ~~void~~ void (dropped/withdrawn). If there is any documents that I need to sign please send them to me.

  Thank you for your time and attention to this matter.

Christopher L. Griffith
#509408   D-212
P.O. Box 809
Salinas, CA. 93902

Sincerely,
Christopher L. Griffith
Christopher L. Griffith

Mr. Christopher L. Griffith
#S09408   D-212
P.O. Box 809
Salinas, Ca. 93902

Legal Mail

Confidential

Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, Ca. 94102

[Postage meter: PB8645135, $00.41, JUN 12 07, MAILED FROM SALINAS CA 93906]