IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LEE GRIFFITH,<br><br>    Plaintiff,<br><br>  v.<br><br>MONTEREY COUNTY SHERIFF, et al.,<br><br>    Defendants.                        / | No. C 07-02699 SBA (PR)<br><br>**JUDGMENT** |

    Based on Plaintiff's request for voluntary dismissal, the Court acknowledges that this action is DISMISSED without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. A judgment of dismissal without prejudice is hereby entered. The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

DATED: 7/16/07

                                                        SAUNDRA BROWN ARMSTRONG
                                                        United States District Judge

P:\PRO-SE\SBA\CR.07\Griffith2699.jud.frm

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER LEE GRIFFITH,

    Plaintiff,

v.

MONTEREY COUNTY SHERIFF et al,

    Defendant.
                   /

Case Number: CV07-02699 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 16, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christopher L. Griffith #0509408
Monterey County Jail
P.O. Box 809
Salinas, CA 93902

Dated: July 16, 2007

            Richard W. Wieking, Clerk
            By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.07\Griffith2699.jud.frm  2